**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6693**

———————

UNITED STATES OF AMERICA,

                          Plaintiff - Appellee,

    versus

WENDELL EDWARD BETANCOURT,

                          Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  W. Craig Broadwater, District Judge.  (CR-01-25-WCB; CA-04-77)

———————

Submitted:  September 29, 2005      Decided:  October 7, 2005

———————

Before WILKINSON, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Wendell Edward Betancourt, Appellant Pro Se.  Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wendell E. Betancourt appeals for the second time the district court's December 13, 2004, order denying his motion for recusal. We deny a certificate of appealability and dismiss the appeal as duplicative because this court previously disposed of his first appeal from the same order. See United States v. Betancourt, 128 Fed. Appx. 335, 2005 WL 1060580 (4th Cir. May 6, 2005) (unpublished). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED